No. 94–1421. SUGGS *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–1445. NILSEN *v.* BORG, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–1447. SALKIND *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (CHAPLIN ET AL., REAL PARTIES IN INTEREST). Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–1449. CITY OF COLUMBUS ET AL. *v.* QUETGLES, DBA BABY DOLLS, ET AL. Sup. Ct. Ga. Certiorari denied.

No. 94–1451. PANTRON I CORP. ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 9th Cir. Certiorari denied.

No. 94–1455. CARTER *v.* DETELLA, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 94–1456. GRISET ET AL. *v.* FAIR POLITICAL PRACTICES COMMISSION. Sup. Ct. Cal. Certiorari denied.

No. 94–1463. NIPPER ET AL. *v.* SMITH, SECRETARY OF STATE OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–1465. ROBERTS *v.* KINGS COUNTY HOSPITAL ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–1467. TAMPA CROWN DISTRIBUTORS, INC. *v.* DIVISION OF ALCOHOLIC BEVERAGES AND TOBACCO, DEPARTMENT OF BUSINESS REGULATION OF FLORIDA, ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 94–1470. EVANS, INC. *v.* SPIERER. C. A. 5th Cir. Certiorari denied.

No. 94–1473. HOBBINS ET AL. *v.* KELLEY, ATTORNEY GENERAL OF MICHIGAN; and
No. 94–1490. KEVORKIAN *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 94–1485. ALLEN *v.* MCENTEE ET AL. C. A. D. C. Cir. Certiorari denied.